UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No.25-1396

APICAL BIOTEK, LLC; JUSTIN GIVENS,
Appellants

v.

MAITRI HOLDINGS, LLC; MAITRI GENETICS, LLC; MAITRI MANAGEMENT, LLC; MAITRI MEDICINALS, LLC

(W.D. Pa. No. 2:22-cv-01737)

Present:  SHWARTZ, MATEY and AMBRO, *Circuit Judges*

1. Joint Motion by Parties to Recall the Mandate.

Respectfully,
Clerk/kr

_____ORDER_____
The foregoing joint motion by parties to recall the mandate is denied.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: May 11, 2026

kr/cc: All Counsel of Record